**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-1454**

_____

In re:  LARRY D. HILL, JR.,

        Petitioner.

_____

On Petition for Writ of Mandamus
(No. 5:15-cr-00265-BR-1)

_____

Submitted:  May 23, 2017                      Decided:  May 26, 2017

_____

Before KING, AGEE, and WYNN, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Larry D. Hill, Jr., Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

   Larry D. Hill, Jr., petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion and other related motions. He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we grant Hill leave to proceed in forma pauperis and deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*